**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01520-CR

**DARRYL RAYNARD GORDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30600-422**

## ORDER

The State motion to extend the time for filing the State's brief and to permit the late filing

of the brief is **GRANTED**. The State's brief will be filed in the above cause.


/s/     KERRY P. FITZGERALD
          JUSTICE